IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| LEWISBERRY PARTNERS, LLC. | : | |
| | : | BANKR. NO. 21-10327 (ELF) |
| | : | |
| Debtor. | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

>   Dave P. Adams
>   Office of the United States trustee
>   200 Chestnut Street, Suite 502
>   Philadelphia, Pennsylvania 19106-2912
>   (215) 597-4411
>   (215) 923-1293 (fax)
>   E-Mail:  Dave.P.Adams@usdoj.gov

DATED this 10th day of February, 2021.

>   ANDREW R. VARA
>   United States trustee
>   for Regions 3 and 9


>   By:  /s/  Dave P. Adams
>   Dave P. Adams
>   200 Chestnut Street, Suite 502
>   Philadelphia, Pennsylvania  19106-2912
>   (215) 597-4411
>   (215) 923-1293 (fax)