IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 21-10327-ELF |
| | : | |
| | : | CHAPTER: 11 |
| LEWISBERRY PARTNERS, LLC, | : | |
| | : | HON. ERIC L. FRANK |
| | : | |
| Debtor. | : | **ORDER PROHIBITING FURTHER USE OF CASH COLLERAL, DIRECTING DISTRIBUTION OF PROCEEDS FROM SALE OF REAL ESTATE AND PROVIDING RELIEF FROM STAY** |

---------------------------------------------------------------X

**AND NOW**, this _____ day of _____. 2021, upon consideration of the Opposition to Debtor's Continued Use of Cash Collateral and Cross Motions for Disbursement of Proceeds from Sale of Real Estate and For Relief from Automatic Stay and the Request for Expedited Hearing, Reduced Notice Period and Limited Notice filed on behalf of Fay Servicing LLC, as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of the HOF Grantor Trust I, it is hereby

**ORDERED** that Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of the HOF Grantor Trust I's request for expedited hearing, reduced notice period and limited notice is **GRANTED**; and it is hereby further

**ORDERED** that further use of cash collateral in which Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of the HOF Grantor Trust I, its successors and assigns, has a secured interest is **PROHIBITED**; and it is hereby further

**ORDERED** that Debtor shall disburse to Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of the HOF Grantor Trust I, the proceeds of sale up to the Court-approved release prices for the Sold Collateral as follows:

    d. $223,177.57 for 2 Kingswood;

    e. $218,714.01 for 8 Kingswood;

    f. $223,177.57 for 16 Kingswood; and it is hereby further

**ORDERED** that Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of the HOF Grantor Trust I its successors and assigns is granted relief from relief from the automatic stay with regard to the following real properties:

    a. 142 Scully Place;

    b. 144 Scully Place;

    c. 146 Scully Place;

    d. 148 Scully Place;

    e. 135 Scully Place;

    f. 133 Scully Place;

    g. 131 Scully Place;

    h. 129 Scully Place;

    i. 127 Scully Place;

    j. 125 Scully Place;

    k. 123 Scully Place;

    l. 121 Scully Place;

    m. 111 Scully Place;

    n. 109 Scully Place;

    o. 107 Scully Place;

p.  105 Scully Place;

q.  103 Scully Place;

r.  101 Scully Place;

s.  4 Kingswood Drive

t.  6 Kingswood Drive

u.  10 Kingswood Drive

v.  12 Kingswood Drive

w.  14 Kingswood Drive

x.  18 Kingswood Drive

y.  20 Kingswood Drive

z.  22 Kingswood Drive; and,

aa.  24 Kingswood Drive.

BY THE COURT:

_____

U.S.B.J