IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
IN RE:                                                         :    CASE NO.: 21-10327-ELF
                                                               :
                                                               :    CHAPTER: 11
LEWISBERRY PARTNERS, LLC,                                      :
                                                               :    HON. ERIC L. FRANK
                                                               :
Debtor.                                                        :
                                                               :
                                                               :
                                                               :
                                                               :
----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned states that he/she is over 18 years of age and employed by the firm of Friedman Vartolo, LLP, attorneys for Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of the HOF Grantor Trust I. The undersigned further certifies that she/he caused to be served a true and correct copy the Opposition to Debtor's Continued Use of Cash Collateral and Notice of Cross Motions to Disburse Proceeds from Sale of Real Estate and for Relief from Automatic Stay and Request for Expedited hearing, Reduced Notice Period and Limited Notice upon the following by first class United States mail, postage prepaid upon the following at the addresses noted on the attached Service List on the date noted hereinbelow:

Date:  April 7, 2021

By: */s/ Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esquire
FRIEDMAN VARTOLO LLP
Fay Servicing, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of the HOF Grantor Trust I its successors and assigns
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

19

**SERVICE LIST**

Lewisberry Partners LLP
c/o Richard Puleo
27 Nutt Road
Phoenixville, PA  19460


Lewisberry Partners LLP
c/o Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Attorneys for Debtor

Dave P. Adams, Esquire
United States Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106