**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | |
| : | **Chapter 11** |
| **LEWISBERRY PARTNERS, LLC,** : | |
| : | **Case No. 21-10327-ELF** |
| **Debtor.** : | |
| : | |

**CERTIFICATE OF SERVICE**

      I, Edmond M. George, Esquire, attorney for the above captioned Debtor, hereby certify that on May 10, 2021 a copy of the foregoing Motion of the Debtor Lewisberry Partners, LLC for an Order Approving the Debtor's Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for Filing Objections to Confirmation of the Plan, and Notice of the Motion was served electronically via the Court's CM/ECF system on the attached service list "A", was served via U.S. first class mail, postage pre-paid, upon all of the parties on the attached service list "B", and was served via U.S. certified mail upon all of the parties on the attached service list "C".

                                                                            */s/ Edmond M. George*
                                                                            Edmond M. George

## SERVICE LIST "A"

| | |
|---|---|
| William E. Miller, Esq.<br>FRIEDMAN VARTOLO, LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004 | DAVE P. ADAMS<br>United States Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |
| Lorraine Gazzara Doyle, Esq.<br>FRIEDMAN VARTOLO, LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004 | Peter E. Meltzer, Esquire<br>WEBER GALLAGHER<br>2000 Market St., 13th floor<br>Philadelphia, PA 19103 |

**SERVICE LIST "B"**

Alba Botts
307 Stone Row Lane
New Cumberland, PA 17070

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Eugene Carboni
201 Franklin Ave.
Phoenixville, PA 19460

Handyside Inc.
587 Old York Road
Etters, PA 17319

HSK Service LLC
8 West Siddonsburg Road
Dillsburg, PA 17109

J&W Hardware
160 Old Trail Road
Etters, PA 17319

Joanna Johnson
1359 W. Evergreen Dr.
Phoenixville, PA 19460

KL Clouser HVAC Services
1160 Pines Road
Etters, PA 17319

Loan Funder LLC, Series 7693
645 Madison Avenue
Floor 19
New York, NY 10022

Loan Funder, LLC
c/o Jonathan L. Hornik, Esq.
LaRocca, Hornik, Rosen & Greenberg
83 South Street #302
Freehold, NJ 07728

Matthew Johnson
1359 W. Evergreen Dr.
Phoenixville, PA 19460

Mr. Appliance
PO Box 802
Mount Wolf, PA 17347

Penn Pest of York County
1211 Bridge Street
New Cumberland, PA 17070-1637

Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250-7412

PennWaste, Inc.
PO Box 3066
York, PA 17402

Powerco, Inc.
12 Route 173
Clinton, NJ 08809

PPL Electric Utilities
2 North 9th St. CPC-GENN1
Allentown, PA 18101-1175

Sarcon Appliance
4617 Locust Lane
Harrisburg, PA 17109

UGI Utilities, Inc.
PO Box 13009
Reading, PA 19612-3009

Valerie Taylor
Keller Williams of Central PA
2040 Good Hope Road
Enola, PA 17025

| | |
|---|---|
| West Shore School District<br>507 Fishing Creek Rd<br>Lewisberry, PA 17339 | York County Board of Assessment Appeals<br>28 East Market Street, Room 105<br>York, PA 17401-1585 |
| Fairview Township Municipal<br>Building 599 Lewisberry Road<br>New Cumberland, PA 17070 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Pennsylvania Department of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Attorney General of the United States<br>Ben Franklin Station<br>P. O. Box 227<br>Washington, DC 20044 |
| U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Philadelphia, PA 19106 | U.S. Securities and Exchange Commission<br>Philadelphia Regional Office<br>1617 JFK Boulevard, Suite 520<br>Philadelphia, PA 19103 |

## **SERVICE LIST "C"**

Brian Moynihan, CEO
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Andy Cecere, CEO
U.S. Bank Trust National Association
60 Livingston Avenue
St. Paul, MN 55107