## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In re:** | : |
| | : |
| **LEWISBERRY PARTNERS LLC,** | :  **Chapter 11** |
| | : |
| **Debtor.** | :  **Case No. 21-10327-ELF** |
| | : |

## ORDER GRANTING APPLICATION OF THE DEBTOR TO EMPLOY WALTERS APPRAISAL SERVICES, INC. AS REAL ESTATE APPRAISER TO LEWISBERRY PARTNERS, LLC, THE DEBTOR

AND NOW this <u>30th</u> day of <u>August</u>, 2021, upon consideration of the Application of the Debtor Lewisberry Partners, LLC (the "Debtor") to employ Walters Appraisal Services, Inc. ("Walters") as real estate appraiser to the Debtor (the "Application") in this bankruptcy case, and the response thereto, it is hereby:

**ORDERED** that the Application is **GRANTED**; and it is further

**ORDERED** that the Debtor is hereby authorized to retain and employ Walters, as its real estate appraiser in the within proceeding under Chapter 11 of the United States Bankruptcy Code; and it is further

**ORDERED** that compensation for the professional services of Walters shall be charged at the rate of $10,000.00 for the preparation of the appraisal of each of Debtor's residential real properties individually, and the appraisal of the total aggregate value of all of Debtor's residential real properties. Should testimony be required, Walters will be compensated based on an hourly rate of $125.00 to $285.00, depending upon the level of seniority of the individual providing the testimony; and it is further

**ORDERED** that compensation to Walters is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States Bankruptcy Code, applicable Bankruptcy Rules, and the case of <u>In re Busy Beaver Building Center, Inc</u>., <u>19 F.3d 833</u> (3rd Cir. 1994).

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 2 -