IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| LEWISBERY PARTNERS, LLC, | : | BANKR.NO. 21-10327-elf |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING CASE

AND NOW, this \_\_\_\_ day of November, 2021, upon consideration of the U. S. trustee's Motion to Dismiss and the Debtor's response, if any, it is now ORDERED that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_____
Honorable Eric L. Frank
United States Bankruptcy Judge