IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| LEWISBERY PARTNERS, LLC, | : | BANKR.NO. 21-10327-elf |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

It is certified that on the *29th* day of September, 2021, the U. S. trustee's Motion to Dismiss or Convert to Chapter 7 and the Notice of Hearing thereon was caused to be served electronically via CM/ECF addressed as follows:

Lewisberry Partners, LLC
27 Nutt Road
Phoenixville, Pennsylvania   19460
(*Via Counsel*)

Peter E. Meltzer, Esq.
Weber Gallagher
2000 Market Street, 13th Floor
Philadelphia, Pennsylvania   19102
pmeltzer@wglaw.com

Edmond M. George, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
1500 Market Street, Suite 3400
Philadelphia, Pennsylvania   19102
edmond.george@obermayer.com

By: __/s/ Maria N. Borgesi__
　　　　Paralegal