UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re LEWISBERRY PARTNERS, LLC

Case No. 21-10327 (ELF)
Reporting Period: Sept 1 - Sept 30, 2021

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | ✓ | | |
| Cash disbursements journals | | n/a | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | n/a | | |
| Copies of tax returns filed during reporting period | | n/a | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

X /s/ Richard J. Pulco

October 25, 2021

**Signature of Authorized Individual***

Date

**Richard J. Pulco for Lewisberry Partners, LLC**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re LEWISBERRY PARTNERS, LLC  
Debtor

Case No. 21-10327 (ELF)  
Reporting Period: Sept 1 - Sept 30, 2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | OPER. | PAYROLL | TAX | ESCROW | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 178894.88 |  |  | 743917.03 | 922811.91 | 877433.03 | 107461.27 | 774111.34 |
| **RECEIPTS** | | | | | | | | |
| RENTAL INCOME | 40190.00 |  |  |  | 40190.00 | 38950.00 | 205567.50 | 35000.00 |
| LATE FEE INCOME |  |  |  |  |  | 150.00 | 1160.50 | 150.00 |
| LOANS AND ADVANCES |  |  |  |  |  |  |  |  |
| SALE OF ASSETS (PROCEEDS) |  |  |  |  |  |  | 78847.88 | 20000.00 |
| SALE OF ASSETS (ESCROWED) |  |  |  |  |  |  | 665069.15 | 210000.00 |
| TRANSFERS (FROM DIP ACCTS) |  |  |  |  |  |  |  |  |
| Reimb (from Utility Co - UGI - tenant moved in) |  |  |  |  |  |  | 1566.74 | 0.00 |
| Real Estate Tax Refund |  |  |  |  |  |  | 4779.10 | 0.00 |
| **TOTAL RECEIPTS** | 40190.00 | 0.00 | 0.00 | 0.00 | 40190.00 | 39100.00 | 956990.87 | 265150.00 |
|  | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| **DISBURSEMENTS** | OPER. | PAYROLL | TAX | ESCROW | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| MORTGAGE PAYMENT | 0.00 |  |  |  | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICER COMPENSATION | 8223.68 |  |  |  | 8223.68 | 8223.68 | 50755.67 | 8223.68 |
| MANAGEMENT FEES | 2565.00 |  |  |  | 2565.00 | 2565.00 | 25695.00 | 4500.00 |
| UTILITIES | 503.91 |  |  |  | 503.91 | 500.00 | 5080.29 | 800.00 |
| TRASH | 1476.00 |  |  |  | 1476.00 | 0.00 | 4065.23 | 0.00 |
| INVENTORY PURCHASES | 3435.00 |  |  |  | 3435.00 | 2000.00 | 8435.00 | 5000.00 |
| MAINTENANCE / CLEANING / REPAIRS | 4659.00 |  |  |  | 4659.00 | 3500.00 | 17573.39 | 4500.00 |
| SNOW / LANDSCAPING | 0.00 |  |  |  | 0.00 | 1200.00 | 10500.00 | 3200.00 |
| INSURANCE | 0.00 |  |  |  | 0.00 | 7848.75 | 5691.80 | 7848.75 |
| ADMINISTRATIVE & SELLING | 0.00 |  |  |  | 0.00 | 0.00 | 27.25 | 0.00 |
| Pet Deposit to Escrow Account | 0.00 |  |  |  | 0.00 | 0.00 | 500.00 |  |
| Return Partial Security Deposit to exited tenant | 0.00 |  |  |  | 0.00 | 0.00 | 195.00 |  |
| REAL ESTATE TAXES | 64706.29 |  |  |  | 64706.29 | 0.00 | 64706.29 | 0.00 |
| BANK - WIRE FEE | 0.00 |  |  |  | 0.00 | 0.00 | 30.00 | 0.00 |
| NET SALE PROCEEDS TO DIP ESCROW | 0.00 |  |  |  |  |  | 78847.88 | 0.00 |
| PROFESSIONAL FEES | 0.00 |  |  |  | 0.00 | 0.00 | 16000.00 | 0.00 |
| U.S. TRUSTEE FEES ** | 0.00 |  |  |  | 0.00 | 250.00 | 500.00 | 250.00 |
| COURT COSTS | 0.00 |  |  |  | 0.00 | 0.00 | 1738.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | 85568.88 | 0.00 | 0.00 | 0.00 | 85568.88 | 26087.43 | 290340.80 | 34322.43 |
| NET CASH FLOW | -45378.88 | 0 | 0 | 0 | -45378.88 | 13012.57 | 666650.07 | 230827.57 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 133516 | 0 | 0 | 743917.03 | 877433.03 | 890445.6 | 774111.34 | 1004938.91 |

** US Trustee fees due in Sept haven't cleared yet.

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 85568.88 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) |  |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 85568.88 |

* SEE ATTACHED FOR DIP ESCROW STATEMENT AND FOR DIP CHECKING ACCOUNT STATEMENT

FORM MOR-1  
(04/07)

In re LEWISBERRY PARTNERS, LLC

Case No. 21-10327 (ELF)
Reporting Period: Sept 1 - Sept 30, 2021

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | DIP - CHKG Operating | | Payroll | | Tax | | DIP - ESCROW | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING | ENDING | # | | # | | BEGINNING | ENDING |
| BALANCE PER BOOKS | 178894.88 | 133516 | | | | | 743917.03 | 743917.03 |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | SEE ATTACHED BANK STATEMENT | | N/A | | | | SEE ATTACHED BANK STATEMENT | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| Tenants Schedule their payment online | | | | | | | | |
| Usually deposit between the 5th and 14th.. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| None | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a
(04/07)

In re LEWISBERRY PARTNERS, LLC

Case No. 21-10327 (ELF)

**Reporting Period: Sept 1 - Sept 30, 2021**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Obermayer, Rebmann, Maxwell & Hippel, LLP | Court Costs: | 1738 | Lewisberry Partners, LLC | Wire Xfer | 2/2/2021 | 16738 | 1738 | 16738 | 1738 |
| | Legal Retainer: | 15000 | | | | | | | |
| Christopher L. Zellman, CPA, CFP | 2020 Tax Return Preparation | 1000 | Lewisberry Partners, LLC | 135 | 7/6/2021 | 1000 | | 1000 | |

FORM MOR-1b
(04/07)

In re LEWISBERRY PARTNERS, LLC

Case No. 21-10327 (ELF)

**Reporting Period: Sept 1 - Sept 30, 2021**

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date | |
|---|---|---|---|
| Gross Revenues | 40190 | 340245.02 | |
| Less: Returns and Allowances | 0 | 18680.48 | |
| Net Revenue | 40190 | 358925.5 | |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | n/a | | |
| Add: Purchases | n/a | | |
| Add: Cost of Labor | n/a | | |
| Add: Other Costs (attach schedule) | n/a | | |
| Less: Ending Inventory | n/a | | |
| Cost of Goods Sold | n/a | | |
| Gross Profit | n/a | | |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | | | |
| Accounting / Professional fee | | 1000 | |
| Contributions | | | |
| Employee Benefits Programs | | | |
| Insider Compensation* | 8223.68 | 63666.85 | 10788.68 |
| Insurance | | 10165.8 | |
| Management Fees/Bonuses | 2565 | 32760 | |
| Office Expense | | 57.25 | |
| Pension & Profit-Sharing Plans | n/a | | |
| Repairs and Maintenance / Landscaping | 4659 | 29306.67 | |
| Rent and Lease Expense | | | |
| Salaries/Commissions/Fees | | 25020 | |
| Supplies | 3435 | 4735 | |
| Trash | 1476 | 5541.23 | |
| Taxes - Real Estate | 64706.29 | 64706.29 | |
| Taxes - Other | | | |
| Travel and Entertainment | | | |
| Utilities | 503.91 | 8297.13 | |
| Other (attach schedule) | | | |
| Total Operating Expenses Before Depreciation | 85568.88 | 245256.22 | |
| Depreciation/Depletion/Amortization | | | |
| Net Profit (Loss) Before Other Income & Expenses | -45378.88 | 113669.28 | |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | 0 | | |
| Interest Expense | | | |
| Other Expense (attach schedule) | | | |
| Net Profit (Loss) Before Reorganization Items | -45378.88 | 113669.28 | |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | 0 | 17738 | |
| U. S. Trustee Quarterly Fees | 0 | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0 | | |
| Gain (Loss) from Sale of Equipment | 0 | | |
| Other Reorganization Expenses (attach schedule) | 0 | | |
| Total Reorganization Expenses | 0 | | |
| Income Taxes | 0 | | |
| Net Profit (Loss) | -45378.88 | 95931.28 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re LEWISBERRY PARTNERS, LLC  
Case No. 21-10327 (ELF)  
**Reporting Period: Sept 1 - Sept 30, 2021**

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D  
(04/07)

In re LEWISBERRY PARTNERS, LLC

Case No. 21-10327 (ELF)
Reporting Period: Sept 1 - Sept 30, 2021

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 133516 | 104242.87 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 743917.03 | 0 |
| Accounts Receivable (Net)    RENTS UPCOMING -OCT | 38950 | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | 916383.03 | 104242.87 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 5330060 | 5330060 |
| Machinery and Equipment | 45000 | 45000 |
| Furniture, Fixtures and Office Equipment | 0 | 0 |
| Leasehold Improvements | 0 | 0 |
| Vehicles | 0 | 0 |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | 5375060 | 5375060 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | $ | $ |
| **TOTAL ASSETS** | 6291443.03 | 5479302.87 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | 9600 | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | n/a | |
| Notes Payable | 0 | |
| Rent / Leases - Building/Equipment | n/a | |
| Secured Debt / Adequate Protection Payments | 53500 | 53500 |
| Professional Fees | 17000 | 16000 |
| Amounts Due to Insiders* | 10788.68 | 10788.68 |
| Other Postpetition Liabilities (attach schedule) | n/a | |
| TOTAL POSTPETITION LIABILITIES | 90888.68 | 80288.68 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 8025000 | 8025000 |
| Priority Debt | | |
| Unsecured Debt | 27788.68 | 28823.18 |
| TOTAL PRE-PETITION LIABILITIES | 8052788.68 | 8053823.18 |
| TOTAL LIABILITIES | 8143677.36 | 8134111.86 |
| **OWNER EQUITY** | | |
| Capital Stock | 0 | |
| Additional Paid-In Capital | 0 | |
| Partners' Capital Account | | |
| Owner's Equity Account | 1406000 | 1406000 |
| Retained Earnings - Pre-Petition | 0 | |
| Retained Earnings - Postpetition | 0 | |
| Adjustments to Owner Equity (attach schedule) | 0 | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 1406000 | 1406000 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re LEWISBERRY PARTNERS, LLC

Case No. 21-10327 (ELF)
Reporting Period: Sept 1 - Sept 30, 2021

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| 30-Sep DIP Escrow Account-Mortgage Release Amounts AND | 743917.03 | 0 |
| Net Proceeds from the Sale of 3 townhomes | | |
| at the End of February - Begin of March | | |
| | | |
| | | |
| **Other Assets** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| Ongoing Utitily Bills in Vacancies, Listings | | |
| Ongoing Trash Bills for all properties | | |
| Ongoing Landscaping, Maintenance expenses | | |
| | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| | | |
| | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

In re LEWISBERRY PARTNERS, LLC  
Debtor

Case No. 21-10327 (ELF)  
Reporting Period: Sept 1 - Sept 30, 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | | | | | |
| FICA-Employee | 0 | | | | | |
| FICA-Employer | 0 | | | | | |
| Unemployment | 0 | | | | | |
| Income | 0 | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | 0 | | | | | |
| Sales | 0 | | | | | |
| Excise | 0 | | | | | |
| Unemployment | 0 | | | | | |
| Real Property | 64706.29 | | 64706.29 | 9/1/2021 | 148 | 0 |
| Personal Property | 0 | | | | | |
| Other: | 0 | | | | | |
| Total State and Local | 0 | | | | | |
| Total Taxes | | | | | | |

*Real Estate School Tax Bills just came out - Intending to pay them in the Discount period, pending Court approval, before August 31st.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 9600 | 3560 | 2500 | 4300 | 52442.64 | 72402.64 |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 26750 | 26750 | 26750 | 26750 | 26750 | 133750 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders* | 8223.68 | | | | | 8223.68 |
| Other: PowerCo - Loader Purchase | | | | | 28207.34 | 28207.34 |
| Other: Real Estate Property Management Fee | 2565 | | | | | 2565 |
| Total Postpetition Debts | 47138.68 | 30310 | 29250 | 31050 | 107399.98 | 245148.66 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Through the net proceeds from sale of the assets (3 townhomes sold, pursuant to Bankruptcy Court's Permission)

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re LEWISBERRY PARTNERS, LLC　　　　　　　　　　　　　　Case No. 21-10327 (ELF)
　　　　　　　　　　　　　　　　　　　　　　Reporting Period: Sept 1 - Sept 30, 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---:|---|
| Total Accounts Receivable at the beginning of the reporting period | 38950 | rents due |
| + Amounts billed during the period | 11160 | rents past due |
| - Amounts collected during the period | 40190 | rents rec'd* |
| Total Accounts Receivable at the end of the reporting period | **9920** | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | 2084.5 | |
| 31 - 60 days old | 4195 | |
| 61 - 90 days old | 5772.5 | |
| 91+ days old | 19424.2 | |
| Total Accounts Receivable | **31476.2** | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | **31476.2** | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | Yes | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | Yes | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |

\*\*Through the net proceeds from sale of the assets (3 townhomes sold, pursuant to Bankruptcy Court's Permission)
(2 Sold in Feb - 1 Sold in March)

FORM MOR-5
(04/07)

**Citizens Bank**

ROP-450
PO Box 7000
Providence RI 02940



**1-800-862-6200**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Business Account Statement

 OF 3

Beginning September 01, 2021
through September 30, 2021

LEWISBERRY PARTNERS LLC
DIP- 21-10327 ELF
27 NUTT RD
PHOENIXVILLE PA 19460-3951

---

## Business Checking

US759    9    1

LEWISBERRY PARTNERS LLC
DIP- 21-10327 ELF
**Clearly Better Business Checking**
309-6

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 178,894.88 |
| Checks | 81,629.97 - |
| Debits | 3,938.91 - |
| Deposits & Credits | 40,190.00 + |
| **Current Balance** | 133,516.00 = |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee.
We appreciate your continued business.

Your next statement period will end on October 29, 2021.

Previous Balance
178,894.88

### TRANSACTION DETAILS

**Checks*** *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 148 | 64,706.29 | 09/01 | 156 | 2,170.00 | 09/09 |
| 152* | 292.00 | 09/08 | 157 | 2,565.00 | 09/09 |
| 153 | 857.00 | 09/08 | 158 | 8,223.68 | 09/17 |
| 154 | 500.00 | 09/22 | 159 | 1,476.00 | 09/30 |
| 155 | 840.00 | 09/03 | | | |

Total Checks
81,629.97

### Debits

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 09/16 | 2.78 | Pennsylvania-Ame Payment ███ 1299 |
| 09/17 | 149.86 | Pennsylvania-Ame Payment ███ 8468 |
| 09/20 | 3,435.00 | Lowes Cc Lws Epay ███ 9852 |
| 09/22 | 14.63 | Ugi Utilities, I Ugi ███ 6212 |
| 09/30 | 336.64 | American Water E Billpay 210929 American Water |

Total Debits
3,938.91

## Citizens Bank

1-800-862-6200
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Business Account Statement**

 OF 3

Beginning September 01, 2021
through September 30, 2021

*Business Checking continued from previous page*

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 09/01 | 1,920.00 | Apartments.Com Trebilcock 210901 St-H3t0a0c4o1n0 |
| 09/02 | 1,700.00 | Apartments.Com Hricak 210902 St-M2a8t3d5i7m5 |
| 09/03 | 3,480.00 | Deposit |
| 09/03 | 1,660.00 | Apartments.Com Klinger 210903 St-U6c3p9s5u4g5 |
| 09/07 | 1,645.00 | Apartments.Com Desaque 210907 St-Q9k1t3m2e7h6 |
| 09/08 | 1,950.00 | Apartments.Com Hayes 210908 St-Z6j9d0n0i9d5 |
| 09/08 | 1,730.00 | Apartments.Com Buzzard 210908 St-S6s0r0m6u7t7 |
| 09/08 | 1,680.00 | Apartments.Com Martin 210908 St-Q2o5i9a3w1b9 |
| 09/08 | 1,645.00 | Apartments.Com Day 210908 St-G0o1v3v7v5j3 |
| 09/08 | 912.50 | Apartments.Com Francis-Jo 210908 St-A9s1n9j8z9c6 |
| 09/09 | 1,800.00 | Apartments.Com Bew 210909 St-L2r9v3x0l0j5 |
| 09/10 | 1,765.00 | Apartments.Com Mclaughlin 210910 St-R2n7o3f7u1z5 |
| 09/10 | 1,680.00 | Apartments.Com Newmyer 210910 St-O9z5h3z8q6y4 |
| 09/10 | 1,620.00 | Apartments.Com Fox 210910 St-I8l5b3c1e5d6 |
| 09/10 | 1,100.00 | Apartments.Com Monagan 210910 St-Z8c3c5v1j6u3 |
| 09/13 | 2,000.00 | Apartments.Com Glass 210913 St-N8j0s8q4d1a9 |
| 09/13 | 1,895.00 | Apartments.Com Brocious 210913 St-A9r7s7j1m3b1 |
| 09/13 | 1,845.00 | Apartments.Com Tonkin 210913 St-J3d7s3s6q5o2 |
| 09/13 | 912.50 | Apartments.Com Matthews 210913 St-T6m6l1u2f1o1 |
| 09/17 | 1,810.00 | Apartments.Com Henry 210917 St-K3e9k6q2r5j8 |
| 09/24 | 1,910.00 | Apartments.Com Estep 210924 St-N7e0d2e6r3i4 |
| 09/24 | 1,855.00 | Apartments.Com Sult 210924 St-B4s4c0t5c8k3 |
| 09/30 | 1,675.00 | Apartments.Com Cooper 210930 St-T0z5z3j6t0q8 |

LEWISBERRY PARTNERS LLC
DIP- 21-10327 ELF
**Clearly Better Business Checking**
███████309-6

**+ Total Deposits & Credits**
40,190.00

**= Current Balance**
133,516.00

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 116,108.59 | 09/09 | 127,587.09 | 09/20 | 130,403.27 |
| 09/02 | 117,808.59 | 09/10 | 133,752.09 | 09/22 | 129,888.64 |
| 09/03 | 122,108.59 | 09/13 | 140,404.59 | 09/24 | 133,653.64 |
| 09/07 | 123,753.59 | 09/16 | 140,401.81 | 09/30 | 133,516.00 |
| 09/08 | 130,522.09 | 09/17 | 133,838.27 | | |

Member FDIC  Equal Housing Lender

# Citizens Bank

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement $ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2    (=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance    (=) $ _____ Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

**Citizens Bank**
**Customer Service Center**
**P.O. Box 42001**
**Providence, RI 02940-2001**

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

### DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_7.65x9.165 Rev. Dec 2018

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT
### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*



# Citizens Bank

1-800-862-6200
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Business Account Statement**

**3** OF 3

Beginning September 01, 2021
through September 30, 2021

Images for account ████309-6

| Check # | Date | Amount |
|---|---|---|
| 148 | 09/01/2021 | $64706.29 |
| 152 | 09/08/2021 | $292.00 |
| 153 | 09/08/2021 | $857.00 |
| 154 | 09/22/2021 | $500.00 |
| 155 | 09/03/2021 | $840.00 |
| 156 | 09/09/2021 | $2170.00 |
| 157 | 09/09/2021 | $2565.00 |
| 158 | 09/17/2021 | $8223.68 |
| 159 | 09/30/2021 | $1476.00 |

Check 148 — Pay to: Kendra Allen-Fairview Twp Tax Collector — $64,706.29 — Memo: School taxes - See Attached
Check 152 — Pay to: Zimmerman Plumbing + Heating — $292.00 — Memo: Inv #77462 - 130 Scully
Check 153 — Pay to: Zimmerman Plumbing + Heating — $857.00 — Memo: 103 Scully
Check 154 — Pay to: Shaui Lightfoot — $500.00 — Memo: 113 Dupont
Check 155 — Pay to: Gino Carboni — $840.00 — Memo: 576 Avg Maint
Check 156 — Pay to: Matt Johnson — $2170.00 — Memo: 576 Avg Maint + Mins
Check 157 — Pay to: Joanna Johnson — $2565.00 — Memo: Sept Admin 576
Check 158 — Pay to: Richard Ruleo — $8223.68 — Memo: Officer Compensation
Check 159 — Pay to: Penn Waste — $1476.00 — Memo: Inv # 0006240072

Member FDIC  Equal Housing Lender

# ❋ Citizens Bank

ROP450
P.O. Box 7000
Providence, RI 02940

1-800-862-6200
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Business Account Statement**

 OF 1

Beginning September 01, 2021
through September 30, 2021

LEWISBERRY PARTNERS LLC
DIP- 21-10327 ESCROW
27 NUTT RD
PHOENIXVILLE PA  19460-3951

## Business Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 743,917.03 |
| Checks | .00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| **Current Balance** | **743,917.03 =** |

US702

LEWISBERRY PARTNERS LLC
DIP- 21-10327 ESCROW
**Clearly Better Business Checking**
▇▇▇607-8

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee.
We appreciate your continued business.

Your next statement period will end on October 29, 2021.

**TRANSACTION DETAILS**
No activity this statement period

Previous Balance
743,917.03

Current Balance
743,917.03

Member FDIC ⌂ Equal Housing Lender

**Citizens Bank**

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement $ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2   (=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
|                |        |                |        |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance   (=) $ _____ Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_7.65x9.165 Rev. Dec 2018

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*