# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| **LEWISBERRY PARTNERS, LLC,** | : |
| | : Bky. No. 21-10327 ELF |
| Debtor. | : |

# O R D E R

**AND NOW**, after a hearing on confirmation of the Debtor's Fourth Amended Chapter 11 Plan ("the Plan") (Doc. # 255), and for the reasons stated in the accompanying Opinion, it is hereby **ORDERED** that:

1. Confirmation of the Plan is **DENIED**.

2. A further hearing on the Motion to Dismiss or Convert Case to Chapter 7 filed by the U.S. Trustee, (Doc. # 169), is **SCHEDULED** on **July 13, 2022, at 11:30 a.m.**[1]

Date:  July 1, 2022

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

---

[1] The hearing will be conducted by video conference. The video link may be obtained from the Courtroom Deputy.

2