# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 11** |
| **LEWISBERRY PARTNERS, LLC,** : | |
| : | **Bankruptcy No. 21-10327 (ELF)** |
| **Debtor.** : | |
| : | |

## CERTIFICATE OF SERVICE

I, Turner N. Falk, Esquire, an associate with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on August 8, 2022, a copy of the Order Confirming Plan (Docket No. 297) was served via U.S. first class mail, postage pre-paid, upon all of the parties on the attached service list.

        */s/ Turner N. Falk*  
Turner N. Falk

## Service List

Richard J. Puleo and Lorraine Puleo
27 Nutt Road
Phoenixville, PA 19460

Lewisberry Partners, LLC
27 Nutt Road
Phoenixville, PA 19460-3951

HOF Grantor Trust 1
US Bank Trust, Nat Assoc.
c/o Peter E. Meltzer, Esq.
2000 Market St, 13th Floor
Philadelphia, PA 19103-3204

DAVE P. ADAMS
United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Fay Servicing, LLC as Servicer for U.S. Bank
Trust National Association
c/o Friedman Vartolo, LLP
85 Broad Street, Suite 501
New York, NY 10004

Fay Servicing, LLC as Servicer for Loan
Funder LLC
c/o Friedman Vartolo, LLP
85 Broad Street, Suite 501
New York, NY 10004

Loan Funder LLC, Series 7693
645 Madison Avenue
Floor 19
New York, NY 10022

Loan Funder, LLC
c/o Jonathan L. Hornik, Esq.
LaRocca, Hornik, Rosen & Greenberg
83 South Street #302
Freehold, NJ 07728

Debra Popp
Lewisberry Municipal Tax Collector
1909 Old Trail Rd.
Etters, PA 17319

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Andrea Martin and Jacori Foley
148 Scully Place
Lewisberry, PA 17339-8857

Betsy Fox
146 Scully Place
Lewisberry, PA 17339-8857

Bobbie Monagan-Allen
109 Scully Place
Lewisberry, PA 17339-8856

Brooke McLaughlin and Reynaldo Garcia
10 Kingswood Drive
Lewisberry, PA 17339-8854

Clydiene Francis and Brendan Matthews
135 Scully Place
Lewisberry, PA 17339-8856

Darci Dellwardt
18 Kingswood Drive
Lewisberry, PA 17339-8854

4884-8369-9501 v1-8/8/22

Eric Klinger and Laura Klinger
125 Scully Place
Lewisberry, PA 17339-8856

Edward Newmyer
131 Scully Place
Lewisberry, PA 17339-8856

Evan Hricak and Alison Gambrill
142 Scully Place
Lewisberry, PA 17339-8857

James Hayes III and Shoshawna Hayes
22 Kingswood Drive
Lewisberry, PA 17339-8854

Joshua Buzzard and Laura Buzzard
121 Scully Place
Lewisberry, PA 17339-8856

Kevin Sult and Jamie Sult
24 Kingswood Drive
Lewisberry, PA 17339-8854

Kimberlyn Henry
101 Scully Place
Lewisberry, PA 17339-8856

Karyn Rhyder and Jacob Riedal
127 Scully Place
Lewisberry, PA 17339-8856

Mozelle Daniels
111 Scully Place
Lewisberry, PA 17339-8856

Alan Brocious
4 Kingswood Drive
Lewisberry, PA 17339-8854

Terese Trebilcock and Craig Trebilcock
6 Kingswood Drive
Lewisberry, PA 17339-8854

Walters Appraisal Services, Inc.
601 N. Front Street
Harrisburg, PA 17101-1006

Melinda Hughes-Rorapaugh
1390 Red Bank Road
Dover, PA 17315-1645

Christopher L. Zellman
15 Gallop Lane
West Chester, PA 19380-1232

U.S. Small Business Administration
Eastern Pennsylvania District Office
660 American Ave, Suite 301
King of Prussia, PA 19406-4032

Matthew Johnson
1359 W. Evergreen Dr.
Phoenixville, PA 19460

Alba Botts
307 Stone Row Lane
New Cumberland, PA 17070

Mr. Appliance
PO Box 802
Mount Wolf, PA 17347

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Eugene Carboni
201 Franklin Ave.
Phoenixville, PA 19460

Handyside Inc.
587 Old York Road
Etters, PA 17319

Hershey Door Service
PO Box 372
Elizabethtown, PA 17022-0372

HSK Service LLC
8 West Siddonsburg Road
Dillsburg, PA 17109

J&W Hardware
160 Old Trail Road
Etters, PA 17319

Joanna Johnson
1359 W. Evergreen Dr.
Phoenixville, PA 19460

KL Clouser HVAC Services
1160 Pines Road
Etters, PA 17319

Terry Erb's Handyman Service
95 River Road
York Haven, PA 17370-9746

Penn Pest of York County
1211 Bridge Street
New Cumberland, PA 17070-1637

Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250-7412

PennWaste, Inc.
PO Box 3066
York, PA 17402

PPL Electric Utilities
2 North 9th St. CPC-GENN1
Allentown, PA 18101-1175

Sarcon Appliance
4617 Locust Lane
Harrisburg, PA 17109

UGI Utilities, Inc.
Attn: Credit & Collections
P.O. Box 13009
Reading, PA 19612-3009

Valerie Taylor
Keller Williams of Central PA
2040 Good Hope Road
Enola, PA 17025

Hartford Fire Insurance Company
Bankruptcy Unit, HO2-R, Home Office
Hartford, CT 06155

Powerco, Inc.
12 Route 173
Clinton, NJ 08809

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101

York County Tax Claim
28 E Market St.
York, PA 17401

Michelle Tonkin and Jason Tonkin
12 Kingswood Drive
Lewisberry, PA 17339

Donald Estep and Holly Estep
20 Kingswood Drive
Lewisberry, PA 17339-8857

Tre and Ashley Touchet
100 Scully Place
Lewisberry, PA 17339

Mark Perkins
102 Scully Place
Lewisberry, PA 17339

Mike Cooper
103 Scully Place
Lewisberry, PA 17339

Frank Ferraro
104 Scully Place
Lewisberry, PA 17339

Michelle Sellers
105 Scully Place
Lewisberry, PA 17339

Larkee Desaque and Alonzo Hankerson
107 Scully Place
Lewisberry, PA 17339

Misty Rotigel
110 Scully Place
Lewisberry, PA 17339

Yolandra Nathaniel
114 Scully Place
Lewisberry, PA 17339

Stephanie Davey
116 Scully Place
Lewisberry, PA 17339

Tia Kitner
118 Scully Place
Lewisberry, PA 17339

William and Elizabeth Fuhrman
120 Scully Place
Lewisberry, PA 17339

Sally Caola
122 Scully Place
Lewisberry, PA 17339

Katherine Miller
123 Scully Place
Lewisberry, PA 17339

Larry Hetrick
124 Scully Place
Lewisberry, PA 17339

4884-8369-9501 v1-8/8/22

Michelle Mixwell
126 Scully Place
Lewisberry, PA 17339

Dustin and Karen Kauffman
128 Scully Place
Lewisberry, PA 17339

Ron Glass and Jennifer Goldsmith
129 Scully Place
Lewisberry, PA 17339

David Seay
130 Scully Place
Lewisberry, PA 17339

Theresa Lucas
134 Scully Place
Lewisberry, PA 17339

Victor and Andrea Gowl
136 Scully Place
Lewisberry, PA 17339

George Zimmerman
138 Scully Place
Lewisberry, PA 17339

Casey Ebbert
140 Scully Place
Lewisberry, PA 17339