# Exhibit D

```
PAYOFF STATEMENT                              Fay Servicing, LLC
November 30, 2023                             Tel. 888-201-3780 toll free


TO:
LEWISBERRY PARTNERS LLC                       Loan No:
RICHARD PULEO                                 Loan Type: Commercial
                                              Maturity: 8/1/2023

                                              Property Address:
RE:                                           100 SCULLY PLACE
LEWISBERRY PARTNERS LLC                       LEWISBERRY              , PA  17339
RICHARD PULEO
27 NUTT ROAD
PHOENIXVILLE PA
19460
                ******************************************************
                *   ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE    *
                *   PAYOFF SHOWN BELOW ON THE CAPTIONED MORTGAGE.    *
                ******************************************************

These figures are due to   December 1, 2023
This loan is due for the   September 1, 2023
The current total unpaid Principal Balance is:         $       7,558,480.57
Interest Accrued at    8.0000%    until 12/1/2023                152,826.26
Default Interest Accrued                                         282,666.47
Default Interest Deferred                                              0.00
Deferred Interest Amount (If Applicable)                               0.00
Escrow Balance (Credit)                                                0.00
Escrow Advance Balance                                                 0.00
Interest on Escrow Advance                                             0.00
Restricted Escrow Balance (Credit)                                     0.00
Rehab Holdback Balance (Credit)                                        0.00
Prepayment Premium                                                     0.00
Prepayment Premium (Other)                                             0.00
Unpaid Late Charge                                                     0.00
NSF Fees                                                               0.00
Unapplied Funds (Credit)                                               0.00
Recoverable Corporate Advances                                         0.00
TOTAL AMOUNT TO PAY ABOVE REFERENCED PROPERTY ONLY      $       7,993,973.30

Funds received on or after    December 1, 2023    will require an additional
$4,829.03   interest per day
```

**These figures are subject to final verification by the Noteholder.**
Figures may be adjusted if any check/money order previously received is
rejected by the institution upon which it was drawn.

Please remit payoff checks to the address below:

```
                Attention: Payoff Processing
                1601 LBJ Freeway Suite 150
                Farmers Branch, TX, 75234
```

Failure to send checks to the above address may result in the accrual of
additional interest. Issuance of this statement does not suspend the
contract requirement to make the mortgage payments when due.

Wiring Instructions:

Below are wiring instruction for payoffs to be sent to Fay Servicing, LLC.

```
Bank Name:         Fifth Third Bank
ABA Number:        042000314
Account Number:    ███████████
```

Payoff Statement Disclaimer:

Please be sure to include your name, loan number, and property address on all requests. If funds received are insufficient to pay off the account for any reason, including, but limited to, error in calculation, NSF, or additional escrow disbursement and/or adjustments, Fay Servicing reserves the right to decline to pay the account in full. In addition, any and all accrued interest will be due at the time of payoff.

Notice to borrowers with adjustable rate mortgages: The interest rate provided on the payoff statement represents the interest rate in effect on your account at the time the payoff statement was generated. Payoff funds received may not be applied at this interest rate if the interest rate subsequently changed.

Important Bankruptcy Notice:

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the account. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney. If the property is sold, please provide the sellers forwarding address.

***If your mailing address differs from the subject property address, please contact your Account Manager to update your mailing address***

XP101/C1P