# Exhibit E

| | |
|---|---|
| **From:** | Graciela "Grace" Avalos <gavalos@fayservicing.com> |
| **Sent:** | Friday, October 6, 2023 4:12 PM |
| **To:** | Joanna Johnson; Michael Aiken; Rich Puleo; Vagnoni, Michael |
| **Subject:** | RE: Lewisberry Check |

> **WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

Joanna,

Apologies, we are correcting that and will re-issue a new quote once the funds are corrected. Once the funds are corrected, I can show you the breakdown of how the interest rate and default rate are calculated.

Thank You,

**Graciela Avalos**
Paralegal II – Litigation
Fay Financial, LLC
1601 LBJ Freeway
Suite 150
Farmers Branch, TX 75234
800.495.7166 toll free
312.508.4228 direct
www.fayservicing.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.

**From:** Joanna Johnson <joanna623@verizon.net>
**Sent:** Thursday, October 5, 2023 12:25 PM
**To:** Michael Aiken <MAiken@fayservicing.com>; Rich Puleo <rjpuleo@msn.com>; Michael Vagnoni <michael.vagnoni@obermayer.com>; Graciela "Grace" Avalos <gavalos@fayservicing.com>
**Subject:** Re: Lewisberry Check

Grace, Thanks for finally getting this to us, however, this is still incorrect - after the sale of 105 Scully - we paid down the UPB from that $7,802,344.81 figure you have on this payoff by $242,433.13 - to what should now be an UPB of $7,559,911.67.

How can Fay Charge Interest at 8% and at a Default rate simultaneously?

Kindly revise and reissue an updated and corrected Payoff.

1

Thanks,

*Joanna Johnson*
*Signature Properties Group, LLC, Realtor*®
*Puleo & Gimpel, Paralegal*
*27 Nutt Road Associates, Manager*
*Lewisberry Partners, LLC, Manager*

*27 Nutt Road,* Phoenixville, PA 19460
*Offc: 610.983.4256 / Fax: 610.983.4258*
[joanna623@verizon.net](mailto:joanna623@verizon.net) */ Cell: 610.420.1176*

On Thursday, October 5, 2023 at 12:43:17 PM EDT, Graciela "Grace" Avalos <gavalos@fayservicing.com> wrote:

Joanna,

Attached is the PO quote good through the end of the month.

Thank You,

## Graciela Avalos

Paralegal II – Litigation

Fay Financial, LLC

1601 LBJ Freeway

Suite 150

Farmers Branch, TX 75234

800.495.7166 toll free

312.508.4228 direct

www.fayservicing.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the system manager.  This message contains confidential information and is intended only for the individual named.  If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.

**From:** Joanna Johnson <joanna623@verizon.net>
**Sent:** Wednesday, October 4, 2023 1:38 PM
**To:** Michael Aiken <MAiken@fayservicing.com>; Rich Puleo <rjpuleo@msn.com>; Graciela "Grace" Avalos <gavalos@fayservicing.com>; Michael Vagnoni <michael.vagnoni@obermayer.com>
**Subject:** Re: Lewisberry Check

Any word on the payoff statement?

*Joanna Johnson*

*Signature Properties Group, LLC, Realtor®*

*Puleo & Gimpel, Paralegal*

*27 Nutt Road Associates, Manager*

*Lewisberry Partners, LLC, Manager*

*27 Nutt Road,* *Phoenixville, PA 19460*

*Offc: 610.983.4256 /* *Fax: 610.983.4258*

*joanna623@verizon.net* */ Cell: 610.420.1176*

On Thursday, September 28, 2023 at 11:30:38 AM EDT, Graciela "Grace" Avalos <gavalos@fayservicing.com> wrote:

Hi Joanna,

3

My apologizes but yes, Fay did end up receiving the check but the stop payment made the check go NSF. The funds from the 105 Scully property have been applied and I am working on the payoff. You should have it shortly.

Thank You,

## Graciela Avalos

Paralegal II – Litigation

Fay Financial, LLC

1601 LBJ Freeway

Suite 150

Farmers Branch, TX 75234

800.495.7166 toll free

312.508.4228 direct

www.fayservicing.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the system manager.  This message contains confidential information and is intended only for the individual named.  If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.

---

**From:** Joanna Johnson <joanna623@verizon.net>
**Sent:** Wednesday, September 27, 2023 5:02 PM
**To:** Graciela "Grace" Avalos <gavalos@fayservicing.com>; Michael Aiken <MAiken@fayservicing.com>; Rich Puleo <rjpuleo@msn.com>
**Subject:** Re: [External]Lewisberry Check

Grace,

4

I had not heard back from this email I sent last Thursday. Was hoping you could advise whether that check had ever arrived?

And also reiterating the request for an updated payoff statement based on the paydown on the Principal Balance from the sale of 105 Scully.

Thanks!

*Joanna Johnson*

*Signature Properties Group, LLC, Realtor®*

*Puleo & Gimpel, Paralegal*

*27 Nutt Road Associates, Manager*

*Lewisberry Partners, LLC, Manager*

*27 Nutt Road,* Phoenixville, PA 19460

*Offc: 610.983.4256 /* Fax: 610.983.4258

[joanna623@verizon.net](mailto:joanna623@verizon.net) */ Cell: 610.420.1176*

On Thursday, September 21, 2023 at 12:23:23 PM EDT, Joanna Johnson <joanna623@verizon.net> wrote:

Thanks Grace, It hasn't been returned to our office either, I've instituted a stop payment, as it's been in the wind now for over 2 weeks.

Would you kindly advise if it does arrive to your office?

5

Also, please kindly provide an updated payoff statement based on the paydown of proceeds from the sale of 105 Scully.

THANKS!

*Joanna Johnson*

*Signature Properties Group, LLC, Realtor®*

*Puleo & Gimpel, Paralegal*

*27 Nutt Road Associates, Manager*

*Lewisberry Partners, LLC, Manager*

*27 Nutt Road, Phoenixville, PA 19460*

*Offc: 610.983.4256 / Fax: 610.983.4258*

[joanna623@verizon.net](mailto:joanna623@verizon.net) */ Cell: 610.420.1176*

On Tuesday, September 19, 2023 at 02:53:59 PM EDT, Graciela "Grace" Avalos <[gavalos@fayservicing.com](mailto:gavalos@fayservicing.com)> wrote:

Joanna,

We have not received anything. All we received was the $242k wire for the 105 Scully property.

Thank You,

**Graciela Avalos**

Paralegal II – Litigation

Fay Financial, LLC

1601 LBJ Freeway

Suite 150

Farmers Branch, TX 75234

800.495.7166 toll free

312.508.4228 direct

www.fayservicing.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the system manager.  This message contains confidential information and is intended only for the individual named.  If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.

**From:** Joanna Johnson <joanna623@verizon.net>
**Sent:** Friday, September 15, 2023 1:54 PM
**To:** Michael Aiken <MAiken@fayservicing.com>; Graciela "Grace" Avalos <gavalos@fayservicing.com>
**Cc:** Rich Puleo <rjpuleo@msn.com>
**Subject:** [External]Lewisberry Check

***** **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. *****

We sent a check for the Sept 1st payment quite some time ago and it being the 15th of September, I am following up to see it was received, as it has not yet cleared the account.

Kindly advise of it's receipt, thanks!

*Joanna Johnson*

*Signature Properties Group, LLC, Realtor*®

*Puleo & Gimpel, Paralegal*

*27 Nutt Road Associates, Manager*

*Lewisberry Partners, LLC, Manager*

*27 Nutt Road,* Phoenixville, PA 19460

*Offc: 610.983.4256 /* Fax: 610.983.4258

[joanna623@verizon.net](mailto:joanna623@verizon.net) */ Cell: 610.420.1176*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email and delete immediately.