**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEWISBERRY PARTNERS, LLC, | : | Case No. 21-10327 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION OF LEWISBERRY PARTNERS, LLC (I) TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b); (II) COMPELLING U.S. BANK TRUST NATIONAL ASSOCIATION TO COMPLY WITH THE LOAN DOCUMENTS, THE SETTLEMENT AGREEMENT AND PLAN; AND (III) GRANTING RELATED RELIEF**

**AND NOW,** this _____ day of _____, 2023, upon consideration of the expedited Motion of Lewisberry Partners, LLC (the "Debtor") for (i) Expedited Consideration, Shortened Time and Limited Notice, (ii) to Reopen the Debtor's bankruptcy case pursuant to 11 U.S.C. § 350(b); (iii) Compelling U.S. Bank Trust National Association to comply with its obligations under its loan documents, the Settlement Agreement and Plan; and (iv) granting related relief (the "Motion"), and any response thereto, and cause having been demonstrated, it is hereby

ORDERED that the Debtor's Motion is hereby GRANTED**,** and it is further

ORDERED that the Order granting the final decree and closing the Debtor's Case entered on November 3, 2022 [D.N. 320] is hereby vacated for the purpose opening the Debtor's bankruptcy case to permit this Court to consider the Motion of the Debtor to Compel U.S. Bank Trust National Association to comply with its obligations under its loan documents, the Settlement Agreement and Plan.

BY THE COURT

_____
Honorable

4893-1063-4372

United States Bankruptcy Judge

cc: Attached service list.