**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LEWISBERRY PARTNERS, LLC,** | : | Case No. 21-10327 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME AND LIMITED NOTICE FOR ENTRY OF AN ORDER (I) TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b); (II) COMPELLING U.S. BANK TRUST NATIONAL ASSOCIATION TO COMPLY WITH THE LOAN DOCUMENTS, THE SETTLEMENT AGREEMENT AND PLAN; AND (III) GRANTING RELATED RELIEF**

AND NOW, this _____ day of _____, 2023, upon consideration of the Combined Motion of Lewisberry Partners, LLC (the "Debtor") for (i) Expedited Consideration, Shortened Time and Limited Notice, (ii) to Reopen the Debtor's bankruptcy case pursuant to 11 U.S.C. § 350(b); (iii) Compelling U.S. Bank Trust National Association to Comply with its duties under its loan documents, the Settlement Agreement and Plan; and (iv) Granting Related Relief (the "Motion"), and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. The Debtor's request for an expedited hearing, shortened time, and limited notice on the Motion is GRANTED.

2. A hearing to consider the Motion is scheduled for _____, 2023 _____ a.m./p.m. before the Honorable _____ in the United States Bankruptcy Court, Robert N.C. Nix Courthouse, 900 Market Street, Second Floor, Courtroom No. _____. Any objection to the Motion must be filed with the Clerk of the Bankruptcy Court and serviced upon counsel for the Debtor listed in the Motion and counsel to (i) the United States Trustee, Office of The United States Trustee, Robert NC Nix, Sr. Federal

4893-1063-4372

Building, 900 Market Street, Suite 320, Philadelphia, PA 19107 and (ii) all parties in interest requesting notice in the above captioned Bankruptcy Case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure on or before _____, 2023.

    3.    A copy of this Order shall be served by counsel for the Debtor on or before _____, 2023, at _____ a.m./p.m. by facsimile, hand delivery, next day mail or by electronic means upon (i) the Office of the United States Trustee; (ii) counsel to the Debtor's secured creditor, U.S. Bank Trust National Association; and (iii) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedures.

    4.    If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

                            BY THE COURT:

                            _____
                            Honorable
                            United States Bankruptcy Judge