**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 11** |
| **LEWISBERRY PARTNERS, LLC,** | : |
| | : **Bankruptcy No. 21-10327-MDC** |
| **Debtor.** | : |
| | : |

## CERTIFICATE OF SERVICE

I, Edmond M. George, Esquire, a partner with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on December 13, 2023, a true and correct copy of the *Combined Motion of Lewisberry Partners, LLC, the Reorganized Debtor, for Entry of an Order (I) Granting Expedited Consideration, Shortened Time and Limited Notice, (II) to Reopen the Debtor's bankruptcy case pursuant to 11 U.S.C. § 350(b); (III) Compelling U.S. Bank Trust National Association to comply with its obligations under its loan documents, the Settlement Agreement and Plan; and (IV) granting related relief* (D.I. 322) was served via Court's CM/ECF system, and/or by electronic mail, upon all of the parties on the attached service list.

          */s/ Edmond M. George*
          Edmond M. George

Case 21-10327-mdc    Doc 324    Filed 12/13/23    Entered 12/13/23 12:02:53    Desc Main
Document      Page 2 of 2

**Service List**

Via CM/ECF

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MICHAEL LAWRENCE CAREY on behalf of Creditor Fay Servicing, LLC as Servicer for Loan Funder LLC, and Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association
mcarey@ecf.courtdrive.com

ROGER FAY on behalf of Creditor Friedman Vartolo, LLP, and FAY SERVICING, LLC
rfay@alaw.net, bkecf@milsteadlaw.com

PETER E. MELTZER on behalf of Creditor FAY SERVICING, LLC, Creditor Fay Servicing, LLC as Servicer for Loan Funder LLC, and Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association
bankruptcy@wglaw.com, ibernatski@wglaw.com

WILLIAM EDWARD MILLER on behalf of Creditor Fay Servicing, LLC as Servicer for Loan Funder LLC
william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

Via Electronic Mail

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

Kevin P. Callahan on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

PETER E. MELTZER on behalf of Creditor FAY SERVICING, LLC, Creditor Fay Servicing, LLC as Servicer for Loan Funder LLC, and Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association
bankruptcy@wglaw.com, ibernatski@wglaw.com