**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| LEWISBERRY PARTNERS, LLC, | Case No. 21-10327 |
| Debtor. | |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME AND LIMITED NOTICE FOR ENTRY OF AN ORDER (I) TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b); (II) COMPELLING U.S. BANK TRUST NATIONAL ASSOCIATION TO COMPLY WITH THE LOAN DOCUMENTS, THE SETTLEMENT AGREEMENT AND PLAN; AND (III) GRANTING RELATED RELIEF**

AND NOW, this _13th_ day of _December_, 2023, upon consideration of the Combined Motion of Lewisberry Partners, LLC (the "Debtor") for (i) Expedited Consideration, Shortened Time and Limited Notice, (ii) to Reopen the Debtor's bankruptcy case pursuant to 11 U.S.C. § 350(b); (iii) Compelling U.S. Bank Trust National Association to Comply with its duties under its loan documents, the Settlement Agreement and Plan; and (iv) Granting Related Relief (the "Motion"), and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. The Debtor's request for an expedited hearing, shortened time, and limited notice on the Motion is GRANTED.

2. A hearing to consider the Motion is scheduled for _December 20th_, 2023 _11:30_ a.m./~~p.m.~~ XX before the Honorable _Magdeline D. Coleman_ in the United States Bankruptcy Court, Robert N.C. Nix Courthouse, 900 Market Street, Second Floor, Courtroom No. 2. Written objection or other pleading to the motion (while not required) may be filed up to the time of the telephonic hearing. The number to call in is 877-336-1828 access 7855846.

4893-1063-4372

3. A copy of this Order shall be served by counsel for the Debtor on or before December 13th, 2023, at 5:00/p.m. by facsimile, hand delivery, next day mail or by electronic means upon (i) the Office of the United States Trustee; (ii) counsel to the Debtor's secured creditor, U.S. Bank Trust National Association; and (iii) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedures.

4. If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge