United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Lewisberry Partners, LLC

    Debtor

Case No. 21-10327-mdc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lewisberry Partners, LLC, 27 Nutt Road, Phoenixville, PA 19460-3951 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| EDMOND M. GEORGE | on behalf of Debtor Lewisberry Partners  LLC edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| EDMOND M. GEORGE | on behalf of Plaintiff Lewisberry Partners  LLC edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Debtor Lewisberry Partners  LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP michael.vagnoni@obermayer.com |

Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

MICHAEL LAWRENCE CAREY
on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank Trust National Association mcarey@ecf.courtdrive.com

MICHAEL LAWRENCE CAREY
on behalf of Creditor Fay Servicing  LLC as Servicer for Loan Funder LLC mcarey@ecf.courtdrive.com

PETER E. MELTZER
on behalf of Creditor Fay Servicing  LLC as Servicer for Loan Funder LLC bankruptcy@wglaw.com, ibernatski@wglaw.com

PETER E. MELTZER
on behalf of Defendant Fay Servicing  LLC bankruptcy@wglaw.com, ibernatski@wglaw.com

PETER E. MELTZER
on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank Trust National Association bankruptcy@wglaw.com, ibernatski@wglaw.com

PETER E. MELTZER
on behalf of Creditor FAY SERVICING  LLC bankruptcy@wglaw.com, ibernatski@wglaw.com

ROGER FAY
on behalf of Creditor Friedman Vartolo  LLP rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
on behalf of Creditor FAY SERVICING  LLC rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
on behalf of Creditor Friedman Vartolo  LLP rfay@alaw.net, bkecf@milsteadlaw.com

TURNER N. FALK
on behalf of Debtor Lewisberry Partners  LLC turner.falk@saul.com, tnfalk@recap.email;catherine.santangelo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
on behalf of Creditor Fay Servicing  LLC as Servicer for Loan Funder LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com


TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **LEWISBERRY PARTNERS, LLC,** | : | **Case No. 21-10327** |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**ORDER SCHEDULING EXPEDITED CONSIDERATION, SHORTENED TIME AND
LIMITED NOTICE FOR ENTRY OF AN ORDER (I) TO REOPEN CASE PURSUANT
TO 11 U.S.C. § 350(b); (II) COMPELLING U.S. BANK TRUST NATIONAL
ASSOCIATION TO COMPLY WITH THE LOAN DOCUMENTS, THE SETTLEMENT
AGREEMENT AND PLAN; AND (III) GRANTING RELATED RELIEF**

AND NOW, this ___13th___ day of ___December___, 2023, upon consideration of the

Combined Motion of Lewisberry Partners, LLC (the "Debtor") for (i) Expedited Consideration,

Shortened Time and Limited Notice, (ii) to Reopen the Debtor's bankruptcy case pursuant to 11

U.S.C. § 350(b); (iii) Compelling U.S. Bank Trust National Association to Comply with its

duties under its loan documents, the Settlement Agreement and Plan; and (iv) Granting Related

Relief (the "Motion"), and cause therefore having been demonstrated, it is hereby ORDERED as

follows:

1.      The Debtor's request for an expedited hearing, shortened time, and limited notice

on the Motion is GRANTED.

2.      A hearing to consider the Motion is scheduled for ___December 20th___, 2023

___11:30___ a.m./p̶.̶m̶. before the Honorable ___Magdeline D. Coleman___ in the United

States Bankruptcy Court, Robert N.C. Nix Courthouse, 900 Market Street, Second

Floor, Courtroom No. 2.   Written objection or other pleading to the motion (while not

required) may be filed up to the time of the telephonic hearing.   The number to call in is

877-336-1828 access 7855846.

4893-1063-4372

3.      A copy of this Order shall be served by counsel for the Debtor on or before December 13th, 2023, at 5:00/p.m. by facsimile, hand delivery, next day mail or by electronic means upon (i) the Office of the United States Trustee; (ii) counsel to the Debtor's secured creditor, U.S. Bank Trust National Association; and (iii) all parties who have timely filed requests for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedures.

4.      If notice is given in the manner provided above, said notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of this Court.

BY THE COURT:

_____

MAGDELINE D. COLEMAN
Chief Bankruptcy Judge

2