**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Lewisberry Partners, LLC | : |
| | : Case No. 21-10327-MDC |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

I, Peter E. Meltzer, hereby certify that on December 18, 2023, a true and correct copy of the ***Response and Opposition of HOF Grantor Trust 1, U.S. Bank Trust, N.A., and Fay Servicing, LLC to Debtor's Motion (I) Granting Expedited Consideration, Shortened Time and Limited Notice; (II) To Reopen Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. §350(B) and Rule 510 of the Federal Rules of Vacancy Procedure; (III) Compelling U.S. Bank Trust National Association to Comply with the Loan Documents, the Settlement Agreement and Plan; and (IV) Granting Relief*** was served via the Court's CM/ECF system, and/or by electronic mail, upon all of the parties on the attached service list.

Date:  December 18, 2023                    BY: /s/Peter E. Meltzer
                                            Peter E. Meltzer, Attorney for
                                            HOF Grantor Trust 1, U.S. Bank Trust,
                                            N.A., and Fay Servicing, LLC

**Service List**

Via CM/ECF

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MICHAEL LAWRENCE CAREY on behalf of Creditor Fay Servicing, LLC as Servicer for Loan Funder LLC, and Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association
mcarey@ecf.courtdrive.com

ROGER FAY on behalf of Creditor Friedman Vartolo, LLP, and FAY SERVICING, LLC
rfay@alaw.net, bkecf@milsteadlaw.com

EDMOND M. GEORGE on behalf of Lewisberry Partners, LLC
edmund.george@obermayer.com

WILLIAM EDWARD MILLER on behalf of Creditor Fay Servicing, LLC as Servicer for Loan Funder LLC
william.miller@padgettlawgroup.com,, bankruptcy@friedmanvartolo.com


Via Electronic Mail

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

Kevin P. Callahan on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

EDMOND M. GEORGE on behalf of Lewisberry Partners, LLC
edmund.george@obermayer.com